# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK STAMPONE, <br>                           Plaintiff, <br> v. <br> AMANDA B. FOPMA, SECREST WARDLE, HENRY S. EMRICH, JOHN LAWRENCE HIESHETTER, STATE OF MICHIGAN, HON. G. PATRICK HILLARY, AND MICHIGAN ATTORNEY GENERAL BILL SCHUETTE, <br>                           Defendants. | Civil Action No. 13-5129 (SDW)(MCA) <br><br> **ORDER** <br><br> November 4, 2013 |

**WIGENTON**, District Judge.

This matter, having come before the Court on Frederick Stampone's ("Plaintiff") Motion for Default Judgment against Defendants Amanda B. Fopma, Secrest Wardle, Henry S. Emrich, John Lawrence Hieshetter, State of Michigan, Hon. G. Patrick Hillary, and Michigan Attorney General Bill Schuette (collectively "Defendants") pursuant to Fed. R. Civ. P. 55(a), Plaintiff's Motion for Leave to Amend the Complaint pursuant to Fed. R. Civ. P. 15(a), and Defendants' Motions to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated November 4, 2013,

**IT IS** on this 4th day of November, 2013,

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion for Leave to Amend is **DENIED**; and it is further

**ORDERED** that Defendants' Motions to Dismiss are **GRANTED with prejudice**.

                                                                           s/ Susan D. Wigenton  
                                                                           **Susan D. Wigenton, U.S.D.J.**

cc: Madeline Cox Arleo, U.S.M.J.